## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

WILLIAM DURAN SPEIGHT,

        Petitioner/Movant,

v.                                    CIVIL ACTION NO.  2:02-1182
                                        (Criminal No. 2:99-00189-01)

UNITED STATES OF AMERICA,

        Respondent.

### MEMORANDUM OPINION AND ORDER

Pending before the court are the petitioner's request for clarification of memorandum order [Docket 390], notice and request for an extension or enlargement of time [Docket 391], motion for reconsideration of memorandum order denying motions to amend and/or supplement his § 2255 petition [Docket 392], and request to amend his motion for reconsideration of the Magistrate Judge's memorandum order dated March 2, 2005 [Docket 397].  This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the court deny the petitioner's motions.

The court has received and reviewed the petitioner's objections to Magistrate Judge Stanley's proposed findings and recommendations.  The court **FINDS** that the petitioner's objections are without merit.

Accordingly, the court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge, and **DENIES** the petitioner's motions.

The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

ENTER: December 28, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE